Opinion issued September 23, 2021



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-21-00370-CV

_____

## IN RE PABLO BERNAL, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Pablo Bernal filed a petition for writ of mandamus asking this Court to order Respondent "to [v]acate its ruling of May 6, 2021, denying the Relator's Motion to Stay or Abate Arbitration, together with instructions to analyze and identify the agreement, if any, to which both [p]arties are subject and the terms,

thereof."  In the alternative, Relator asks this Court "to issue a Writ of Mandamus directing the Respondent to GRANT the Motion to Stay or Abate Arbitration."[1]

We deny the petition.  TEX. R. APP. P. 52.8(a).  All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Rivas-Molloy and Guerra.

---

[1]  The underlying case is *Pablo Bernal v. Brinker International, Inc. a/k/a Chili's Grill & Bar, and Brinker International Payroll Company, L.P.*, Cause Number 2017-71929, pending in the 215th District Court of Harris County, Texas, the Honorable Elaine Palmer presiding.